SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Arnold C. Lakind, Esq. (Attorney ID No. 035852010)
Telephone: (609) 275-0400   Fax: (609) 275-4511
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAFAEL J. OLMO, | Civil Action No. 3:16-2647-MAS-LHG |
| Plaintiff, | **AMENDED COMPLAINT AND JURY DEMAND** |
| v. | |
| DONIQUE IVERY, ABU AHSAN, LANCE CARVER, UNIVERSITY CORRECTIONAL HEALTH CARE and NEW JERSEY DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

This is a civil rights action filed by plaintiff Rafael J. Olmo, a state prisoner, for damages under 42 U.S.C. § 1983, alleging delay and denial of medical treatment in violation of the Eighth and the Fourteenth Amendments to the United States Constitution, and retaliation for filing grievances and seeking redress in violation of the First and Fourteenth Amendments to the United States Constitution.

## JURISDICTION

1.      This is an action brought under the Civil Rights Act enacted by Congress to redress the deprivation, under color of state law of rights secured by the laws and Constitution of the United States of America. 42 U.S.C. § 1983. This court has original jurisdiction over plaintiff's claims pursuant to 28 U.S.C. § 1331 and 1343(a)(3).  Jurisdiction over plaintiff's claims for declaratory relief can be found at 28 U.S.C. § 2201 and 2202. Jurisdiction over

1

plaintiff's claims for injunctive relief can be found at 28 U.S.C. § 2283 and § 2284, and Rule 65 of the Federal Rules of Civil Procedure.

<div align="center">VENUE</div>

2.      The District Court of New Jersey is the appropriate venue under 28 U.S.C. § 1391(6)(2) because the events or omissions giving rise to the claims occurred in this district.

<div align="center">PREVIOUSLY DISMISSED ACTIONS</div>

3.      Plaintiff has not filed any lawsuits with this court.

<div align="center">PARTIES</div>

4.      Plaintiff, Rafael J. Olmo, is a state prisoner convicted and sentenced by a New Jersey State Superior Court.  Plaintiff is a citizen of the United States.  Plaintiff is currently confined at New Jersey State Prison (hereafter "NJSP") P.O. Box 861, Trenton, NJ 08625. At all times relevant to this complaint defendants were acting under color of state law.

5.      Defendant, Donique Ivery, was a nurse practitioner at NJSP, during the violations complained of by plaintiff.  Defendant Ivery is an employee of University Corrections Health Care (hereafter "UCHC") an affiliate at Rutgers which subcontracts its employees to provide medical services at NJSP.  Defendant Ivery while at NJSP, had the responsibility for providing medical care and treatment to prisoners which included making referrals for prisoners to see a specialist when appropriate.  Upon Information and belief, Defendant Ivery currently carries out her official duties at Central Reception Assignment Facility Stuyvesant Avenue Trenton, NJ 08618.  Defendant Ivery is being sued in her individual and official capacity.

6.      Defendant, Abu Ahsan was a doctor at NJSP, during the violations complained of by plaintiff. Defendant Ahsan is an employee of UCHC an affiliate at Rutgers which subcontracts its employees to provide medical services at NJSP.  Defendant Ahsan, while at NJSP, had the overall supervisory authority to approve or deny a specific medical care or

<div align="center">2</div>

treatment to be given to prisoners.  Defendant Ahsan also had the responsibility for providing medical care and treatment to prisoners which included making referrals for prisoners to see a specialist when appropriate.  Upon information and belief, Defendant Ahsan currently carries out his official duties at Central Reception Assignment Facility, Stuyvesant Avenue, Trenton, NJ 08618.  Defendant Ahsan is being sued in his individual and official capacity.

7.     Defendant, Lance Carver, is a nurse at NJSP, during the violations complained of by plaintiff.  Defendant Carver is an employee of UCHC an affiliate at Rutgers which subcontracts its employees to provide medical services at NJSP.  Defendant was a nurse, and has the responsibility for providing medical care and treatment to prisoners which includes making referrals for prisoners to see a nurse practitioners or a doctor when appropriate. Defendant Carver is being sued in his individual and official capacity.

8.     Defendant New Jersey Department of Corrections ("NJDOC"), was at all times relevant herein, owned, operated and/or controlled adults prisons where the plaintiff was incarcerated, and who was required to provide all medical treatment to plaintiff.

9.     Defendant University Correctional Health Care ("UCHC"), was at all times relevant herein, a private medical contractor, hired by the NJDOC, who provided and was required to provide all medical treatment and care to prisoners at the New Jersey State Prison in Trenton, New Jersey, and who employed all of the medical staff that provided medical treatment to plaintiff.

### FACTS

10.     On or about the summer of 2013, while plaintiff was being detained in the Atlantic County Justice Facility in New Jersey waiting trial he suffered a series of debilitating symptoms that called for urgent care.  Soon thereafter a neurologist diagnosed plaintiff with having the neurological disorder known as Multiple Sclerosis.

3

11.     On or about 2014, plaintiff convicted, sentenced and transported to NJSP, which was owner, operated and/or controlled by NJDOC.  Upon arriving at NJSP, the medical department of NJSP, NJDOC and UCHC staff were notified of plaintiff's medical condition by the medical department at Atlantic County Justice Facility.

12.     Plaintiff went through a screening process commonly referred to as quarantine, which called for plaintiff to be assessed by NJSP medical department prior to plaintiff being released into the prison's general population. Throughout the assessment, plaintiff alerted custody staff as well as UCHC medical personnel to his multiple sclerosis diagnosis.

13.     Approximately a week later, plaintiff was cleared from quarantine. Eventually, plaintiff was offered an institutional job as a cell block worker in the detention area of the prison. The job detail included sweeping and mopping floors, and taking out the trash.

14.     A  few days after plaintiff was offered the job assignment he was ordered to move from 1 tier, which is commonly referred to as the flats, to 2 tier, which is a floor above the flats, to be housed there according to his job assignment.

15.     Plaintiff informed the cell block officer, Mr. M. Edwards, that because of plaintiff's medical condition he was restricted from upper tier housing and showed Correctional Officer Mr. M. Edwards his lower level medical bottom bunk pass.  Correctional Officer Mr. M. Edwards took notice of the pass and ordered plaintiff to remain on tier 1.  Plaintiff started his new job assignment while still being housed on tier 1. However, an officer on the second shift had a problem with this arrangement and this officer expressed his disapproval to the medical department restriction.

16.     On or about February 24, 2015, plaintiff was scheduled for a medical appointment with UCHC to clarify his housing unit.  Plaintiff met with Defendant Ivery of UCHC.  During

4

the appointment Defendant Ivery told plaintiff that she was going to remove plaintiff's housing restriction because plaintiff did not meet the medical requirements.  When plaintiff stated his medical condition met the lower level housing criteria Defendant Ivery became upset and gave plaintiff an ultimatum to either continue working without his medical pass or keep the medical pass, but, lose his job assignment. Plaintiff told Defendant Ivery he was going to file a grievance against her for violating policy. Defendant Ivery then left the trauma room where the appointment was taking place and returned with Dr. Ahsan of UCHC.

17.     Defendant Ahsan of UCHC told plaintiff since plaintiff was still working he no longer needed the lower level bottom bunk medical pass. Plaintiff informed defendant Ahsan the policy which stated that plaintiff was to be housed on 1 tier, and there was nothing in the policy that stated plaintiff could not be housed on 1 tier and work.  Defendant Ahsan responded by telling plaintiff he makes policy and what he says goes.  Plaintiff told UCHC staff that he was going to file grievances against them for violating policy.

18.     On or about February 25, 2015, plaintiff submitted an Inmate Remedy Form (hereafter IRF) about the incident. See: Exhibit A, Inquiry Form, and IRF Complaint.

19.     On or about May 26, 2015, plaintiff was scheduled for his regular chronic care check up with UCHC to examine any concerns or problems related to plaintiff's multiple sclerosis.  He saw Defendant Ivery.  As plaintiff entered the examining room, Defendant Ivery made a comment referring to plaintiff as the guy who likes to write people up.  During the UCHC appointment, when plaintiff complained about slight numbness, pains in his hands, feet, and very bad migraine headaches which are all symptoms associated with early signs of relapse in plaintiff's multiple sclerosis condition, Defendant Ivery refused to examine plaintiff or inquire about his concerns complained of.  Plaintiff complained to Defendant Ivery that she was not

5

doing her job and Defendant Ivery responded if plaintiff needed medical attention to see someone else because she doesn't help people who write her up.  UCHC staff and Defendant Ivery refused to order medicine for plaintiff.  UCHC staff and Defendant Ivery refused to help plaintiff request his medical records from Atlantic County Justice Facility.  UCHC staff and Defendant Ivery also refused to refer plaintiff to a neurologist.  Defendant Ivery then told plaintiff the appointment was over and he could leave.  Plaintiff told Defendant Ivery he was going to file another grievance against her, which she responded by saying "that's exactly why you're not getting any help from me. Bye bye."

20.     Afterwards, plaintiff submitted another sick call slip since his medical concerns were not addressed by UCHC staff.

21.     On or about May 31, 2015, plaintiff filed an IRF about the incident with Defendant Ivery and requested medical attention from UCHC staff.  See: Exhibit B, Inquiry Form, and IRF Complaint.

22.     On or about June 6, 2015, plaintiff was awakened by extreme pains and noticed his body was numb and had limited movement.  Plaintiff notified the cell block officer about his condition and requested the medical department and UCHC staff be made aware of his condition and to bring plaintiff's medication.  Defendant Carver of UCHC arrived without plaintiff's medication and refused to examine plaintiff.  Plaintiff informed defendant Carver that he was in a lot of pain, that his body was numb, and he was unable to sit up. Defendant Carver told plaintiff he was scheduled for a medical appointment with UCHC and if he wanted to be examined, plaintiff would have to sit up in a wheelchair and go to the clinic.  Plaintiff once again told UCHC staff that he was in a lot of pain and could not sit up.  Defendant Carver refused to call a code 53, which is an emergency medical assistance call, to have plaintiff taken to the clinic

on a gurney.  Plaintiff told defendant Carver he was going to file an IRF against him for refusing

plaintiff medical treatment.  Defendant Carver left plaintiff in his cell on the floor writhing in

pain. This conduct of defendant Carver was witnessed by the Correctional Officer who had

escorted defendant Carver to plaintiff's cell block, the cell block officer, and several prisoners.

Plaintiff was excused from work because of his condition.

      23.     Afterwards, plaintiff submitted a sick call slip seeking the medical attention that

he did not receive from UCHC staff.

      24.     On or about June 6, 2015, plaintiff filed an IRF about the incident with defendant

Carver. See: Exhibit C, Inquiry Form and IRF Complaint.

      25.     On or about June 7, 2015, plaintiff was relieved from his job assignment due to

medical concerns.

      26.     On or about June 9, 2015, plaintiff was scheduled for a medical appointment with

Nurse Practitioner Adams.  During the appointment plaintiff complained about numbness, pains,

difficulty walking, very bad migraines headaches, and loss of vision. Plaintiff also requested help

in getting his medical records from Atlantic County Justice Facility and a referral to see a

neurologist.  After the appointment and when the examination was finished Nurse Practitioner

Adams told plaintiff she was referring him to see a neurologist. Nurse Practitioner Adams then

provided plaintiff with a release form to fill out and sign so NJSP, could get plaintiff's medical

records from Atlantic County Jail.

      27.     On or about June 16, 2015, due to plaintiff's medical condition, the Prison

Classification Committee assigned plaintiff to cell sanitation, which change operated as a job

assignment termination from his prior work detail.  This change in work status reduced the

amount of money Plaintiff earned from work detail.

28.     On or about June 19, 2015, plaintiff was scheduled for a medical appointment with Dr. Taboadia, a neurologist at Saint Frances Medical enter (hereafter St. Francis) in Trenton, NJ.  During the appointment plaintiff informed Dr. Taboadia about the numbness, pains, difficulty in walking, very bad migraine headaches, and loss of vision that he was experiencing.  Dr. Taboadia reviewed plaintiff's medical records with him while conducting the examination.  Dr. Taboadia informed plaintiff what plaintiff was experiencing were classic symptoms of a relapse in his condition multiple sclerosis.  Dr. Taboadia informed plaintiff he was going to recommend steroid IV treatments.  This is a treatment plaintiff had received in the past to treat his condition.  Dr. Taboadia told plaintiff he should receive treatments when he returned to NJSP.  However, when plaintiff returned to the prison he did not receive the steroid IV treatments by UCHC staff as prescribed by Dr. Taboadia.

29.     Plaintiff submitted a sick call slip.

30.     On or about June 20, 2015, plaintiff filed an IRF requesting the IV treatment. See:  Exhibit D, Inquiry Form IRF Complaint.

31.     On or about June 23, 2015, plaintiff was scheduled for a medical appointment with Nurse Practitioner Adams. During the appointment Plaintiff and Nurse Practitioner Adams discussed the neurologist visit and IV treatment.  Plaintiff once again requested the IV treatment and asked Nurse Practitioner Adams why he had not received it.  Nurse Practitioner Adams told plaintiff the reason he was not getting the IV treatment was because it had not been ordered by UCHC staff.

32.     On or about June 24, 2015, plaintiff submitted a sick call slip.

33.     On or about June 29, 2015, plaintiff was unable to walk or move around on his own.

8

34.     On or about June 30, 2015, plaintiff was taken to the clinic for an appointment with Nurse Brewin in a wheel chair.  During the appointment plaintiff again complained about his now worsening condition and asked for the IV treatment from UCHC staff.  Nurse Brewin told plaintiff the IV treatment had to be ordered by UCHC staff.

35.     On or about July 1, 2015, plaintiff was admitted to the prison's infirmary to receive the IV treatments, but, was told he had to wait to see UCHC staff before he could receive the treatments.  Plaintiff was allowed to keep the wheel chair in his cell to help him reach the toilet and sink.

36.     On or about July 2, 2015, plaintiff finally saw UCHC staff for treatment.  He was seen by defendant Ahsan.  The first words defendant Ahsan said to plaintiff was "haven't we met before?"  Defendant Ahsan visited plaintiff in the infirmary.  During the visit plaintiff asked who from UCHC was in charge of ordering the IV treatments, and why it took so long for plaintiff to receive it from UCHC. Defendant Ahsan told plaintiff he was in charge of everything and people who don't complain get better treatment.  Defendant Ahsan then told a nurse to go get the IV treatment from the medication cabinet. Plaintiff received his first IV treatment of Solu-Medrol 250 mg from UCHC staff.

37.     On or about July 3, 2015, plaintiff received his second IV treatment of Solu-Medrol 500 mg from UCHC staff.

38.     On or about July 4, 2015, plaintiff received his third IV treatment of Solu Medrol o500 mg from UCHC staff.

39.     On or about July 6, 2015, plaintiff was cleared from the infirmary.  Since then plaintiff have submitted numerous IRF complaints against UCHC staff. See: Exhibit E, Inquiry Form IRF Complaint, and Exhibit F Inquiry Form and IRF Complaint.

40.     As a result of defendants' delay and denial of medical treatment and retaliation for filing IRF complaints and seeking redress from UCHC staff, plaintiff has suffered excruciating and unnecessary wanton pain, loss of function impairment in his right leg and loss of vision in his right eye which effects plaintiff's daily activities and causes mental distress.

41.     In 2015, a specialist recommended Neurontin as treatment for plaintiff, in order to relieve some of the severe multiple sclerosis symptoms suffered by plaintiff.

42.     Following the specialist's recommendation, Neurontin was prescribed by UCHC by and through its staff.

43.     Neurontin is distributed as a 'keep on person' medication ("KOP").

44.     KOP medications can be kept in plaintiff's cell.

45.     Neurontin needs to be automatically refilled monthly, without the need for refill slips.

46.     Plaintiff also receives a daily injection for his medical condition.

47.     UCHC's staff are in charge of and have access to the automatic refill system(s).

48.     UCHC's staff must make sure that KOPs are ordered and provided to plaintiff in a timely fashion.

49.     When plaintiff began taking Neurontin, plaintiff's nerve pain diminished to a tolerable level.

50.     Unfortunately, plaintiff was only provided with timely refill of Neurontin for approximately five (5) months.

51.     Thereafter, in or around April 2016, UCHC's staff failed to automatically refill plaintiff's monthly prescription of Neurontin.

10

52.     When plaintiff went for his daily injection, he informed UCHC medical staff that his KOP prescription needed to be refilled and reminded UCHC medical staff of his medical condition.

53.     UCHC staff then directed plaintiff to submit a KOP refill request, instead of UCHC staff automatically refilling the prescription as required.  UCHC staff told plaintiff that upon submitting this request, his KOP prescription would be refilled in several days.

54.     Although the KOP was required to be refilled automatically, plaintiff submitted several KOP refill requests.

55.     Over the course of several weeks, UCHC staff ignored plaintiff's KOP refill requests and refused to automatically refill plaintiff's KOP prescription.

56.     Plaintiff complained to UCHC staff that his KOP prescription was not being filled.  Plaintiff was told by UCHC staff that there was "nothing they could do because [UCHC staff] were the ones in charge, and they already knew about the situation."

57.     On May 4, 2016, plaintiff filed a remedy form complaining about not receiving his KOP medication and asked when he would receive the KOP medication. See:  Exhibit G.

58.     On May 18, 2016, plaintiff received only a three (3) day supply of his KOP prescription.

59.     Plaintiff finally received a full month's supply of his KOP prescription on May 25, 2016.

60.     Plaintiff filed a remedy form on May 26, 2016.  See:  Exhibit H.

61.     Plaintiff filed a Tort Claims Notice for the April 2016 to May 2016 refusal to provide adequate medical care.  See:  Exhibit I, Tort Claims Notice.

2494729.4

62.     Plaintiff has exhausted all available IRF complaints pursuant to 42 U.S.A. § 1997(e).

## CLAIMS FOR RELIEF

### COUNT I - DELIBERATE INDIFFERENCE TO MEDICAL NEEDS
*Defendant Ivery*

63.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 61 as though fully set forth herein.

64.     Defendant Ivery's knowledge of plaintiff's chronic illness, pain and suffering and intentional refusal to provide adequate medical care in order to punish plaintiff constitutes a violation of the Eighth and Fourteenth Amendment to the United States Constitution.

65.     The failure of Defendant Ivery to properly treat plaintiff's chronic condition after having confirmation of plaintiff's multiple sclerosis and the treatment needed as prescribed by a neurologist constitutes deliberate indifference to plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendment to the United States Constitution.

66.     As a result of Defendant Ivery's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendment to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

### COUNT II - DELIBERATE INDIFFERENCE TO MEDICAL NEEDS
*Defendant Ahsan*

67.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 66 as though fully set forth herein.

68.     Defendant Ahsan's refusal to provide plaintiff with the required IV treatments was a deliberate delay in providing treatment recommended by Dr. Taboadia to punish plaintiff and

prolong his pain and suffering unnecessarily because plaintiff filed IRF complaints against him violates the Eighth and Fourteenth Amendments to the United States Constitution.

69.     The failure of defendant Ahsan to properly treat plaintiff's chronic condition after having confirmation of plaintiff's multiple sclerosis and the treatment needed as prescribed by a neurologist constitutes deliberate indifference to plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendment to the United States Constitution.

70.     As a result of defendant Ahsan's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendment to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

<u>COUNT III - DELIBERATE INDIFFERENCE TO MEDICAL NEEDS</u>
*Defendant Carver*

71.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 71 as though fully set forth herein.

72.     Defendant Carver's refusal to provide plaintiff with medical attention when plaintiff's condition was so obvious that even a lay person could easily recognize plaintiff needed the attention of medical treatment constituted a violation of the Eighth and Fourteenth Amendment to the United States Constitution.

73.     The failure of defendant Carver to properly treat plaintiff's chronic condition after having confirmation of plaintiff's multiple sclerosis and the treatment needed as prescribed by a neurologist constitutes deliberate indifference to plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendment to the United States Constitution.

74.     As a result of defendant Carver's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendment to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

<u>COUNT IV - DELIBERATE INDIFFERENCE TO MEDICAL NEEDS</u>
*Defendant UCHC*

75.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 75 as though fully set forth herein.

76.     Staff of UCHC continually and persistently refuse or ignore plaintiff's medical needs.

77.     Staff of UCHC have failed to or intentionally refused to treat plaintiff's condition, which treatment UCHC and its staff were required to provide.

78.     Plaintiff relied upon UCHC and its staff to provide the necessary and required medical treatment to him.

79.     UCHC and its staff have a duty to provide competent and adequate medical care.

80.     This duty was and continues to be a non-delegable duty of UCHC and its staff.

81.     UCHC's staff's refusal to provide plaintiff with medical attention when plaintiff's condition was so obvious that even a lay person could easily recognize plaintiff needed the attention of medical treatment constituted a violation of the Eighth and Fourteenth Amendment to the United States Constitution.

82.     The failure of UCHC's staff to properly treat plaintiff's chronic condition after having confirmation of plaintiff's multiple sclerosis and the treatment needed as prescribed by a

14

neurologist constitutes deliberate indifference to plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendment to the United States Constitution.

83.     As a result of UCHC's staff's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendment to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

84.     As a result of UCHC's staff's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendments to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

85.     UCHC's lack of policies and procedures, or insufficient existing policies and procedures, related to proper treatment andmonitoring, caused plaintiff actual and continuing injury.

<u>COUNT V - DELIBERATE INDIFFERENCE TO MEDICAL NEEDS</u>
*Defendant NJDOC*

86.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 85 as though fully set forth herein.

87.     Staff of NJDOC continually and persistently refuse or ignore plaintiff's medical needs.

88.     Staff of NJDOC have failed to or intentionally refused to treat plaintiff's condition, which treatment UCHC and its staff were required to provide.

89.     Plaintiff relied upon NJDOC and its staff to provide the necessary and required medical treatment to him.

90.     NJDOC and its staff have a duty to provide competent and adequate medical care.

91.     This duty was and continues to be a non-delegable duty of NJDOC and its staff.

92.     NJDOC's staff's refusal to provide plaintiff with medical attention when plaintiff's condition was so obvious that even a lay person could easily recognize plaintiff needed the attention of medical treatment constituted a violation of the Eighth and Fourteenth  Amendments to the United States Constitution.

93.     The failure of NJDOC's staff to properly treat plaintiff's chronic condition after having confirmation of plaintiff's multiple sclerosis and the treatment needed as prescribed by a neurologist constitutes deliberate indifference to plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendment to the United States Constitution.

94.     As a result of NJDOC's staff's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendment to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

95.     As a result of UCHC's staff's malicious, capricious, and deliberate indifference to plaintiff's serious medical needs, plaintiff was deprived of relief and suffered wanton pain unnecessarily and mental distress in violation of the Eighth and Fourteenth Amendments to the United States Constitution, and now, plaintiff suffers from loss of function in his right leg and loss of vision in his right eye.

16

2494729.4

96.     NJDOC's lack of policies and procedures, or insufficient existing policies and procedures, related to proper treatment, monitoring, and employee hiring, retention and/or training, caused plaintiff actual and continuing injury.

## COUNT VI - RETALIATION
### *Defendant Ivery*

97.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 96 as though fully set forth herein.

98.     The refusal of Defendant Ivery to provide adequate medical care to plaintiff as a result of plaintiff having filed grievances against her constitutes retaliation in violation of the First and Fourteenth Amendment of the United States Constitution.

99.     Defendant Ivery malicious, capricious, and intentional delayed in providing plaintiff with his much needed and prescribed IV treatments by a neurologist as a result of plaintiff having filed grievances against defendant Ahsan constitutes retaliation in violation of the First and Fourteenth Amendments of the United States Constitution.

100.    As a result of Defendant Ivery's delay in providing plaintiff's IV treatments plaintiff suffered excruciating pain unnecessarily, loss of full function of plaintiff's right leg which impairs plaintiff's daily activities and causes mental distress. Plaintiff also suffers from loss of vision in his right eye.

## COUNT VII - RETALIATION
### *Defendant Ahsan*

101.    Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 100 as though fully set forth herein.

17

102.     The refusal of defendant Ahsan to provide adequate medical care to plaintiff as a result of plaintiff having filed grievances against her constitutes retaliation in violation of the First and Fourteenth Amendments of the United States Constitution.

103.     Defendant Ahsan malicious, capricious, and intentional delayed in providing plaintiff with his much needed and prescribed IV treatments by a neurologist as a result of plaintiff having filed grievances against defendant Ahsan constitutes retaliation in violation of the First and Fourteenth Amendments of the United States Constitution.

104.     As a result of defendant Ahsan's delay in providing plaintiff's IV treatments plaintiff suffered excruciating pain unnecessarily, loss of full function of plaintiff's right leg which impairs plaintiff's daily activities and causes mental distress. Plaintiff also suffers from loss of vision in his right eye.

<u>COUNT VIII - RETALIATION</u>
*Defendant Carver*

105.     Plaintiff repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 104 as though fully set forth herein.

106.     The refusal of defendant Carver to provide adequate medical care to plaintiff as a result of plaintiff having filed grievances against her constitutes retaliation in violation of the First and Fourteenth Amendments of the United States Constitution.

107.     Defendant Carver malicious, capricious, and intentional delayed in providing plaintiff with his much needed and prescribed IV treatments by a neurologist as a result of plaintiff having filed grievances against defendant Ahsan constitutes retaliation in violation of the First and Fourteenth Amendments of the United States Constitution.

108.     As a result of defendant Carver's delay in providing plaintiff's IV treatments plaintiff suffered excruciating pain unnecessarily, loss of full function of plaintiff's right leg

18

which impairs plaintiff's daily activities and causes mental distress. Plaintiff also suffers from loss of vision in his right eye.

<div align="center">REQUEST FOR RELIEF</div>

Plaintiff incorporates the preceding paragraphs by reference herein. WHEREFORE, Plaintiff seeks the following relief:

1. Actual and compensatory damages sufficient to make him whole

2. Prospective equitable relief;

3. Punitive damages against all Defendants sufficient to punish them and to deter further wrong doing;

4. Attorneys' fees, litigation expenses, and costs; and

5. Such other relief the Court deems just and proper.

Respectfully submitted,

SZAFERMAN, LAKIND
 BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiff

Dated: October 24, 2017                By: /s/ Arnold C. Lakind, Esq.
                                           Arnold C. Lakind, Esq.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, plaintiff hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

<div style="margin-left: 40%;">

Respectfully submitted,

SZAFERMAN, LAKIND
 BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiff

</div>

Dated: October 24, 2017                    By: /s/ Arnold C. Lakind, Esq._____
                                              Arnold C. Lakind, Esq.

20

# EXHIBIT A

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- Housing Status
- Program Removal
- Reinstate Contact Visit

### BUSINESS OFFICE
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

### CLASSIFICATION
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

### CUSTODY
- Cell Moves
- General
- Housing Unit Issues

### CUSTODY / MAILROOM
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

### EDUCATION / LAW LIB
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

### FOOD SERVICES
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- Class Sign-up / Completed Programs
- [X] Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

### PAROLE
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

### RCRP COMM. PROGRAMS
- Denial of Program
- Eligibility Criteria
- Status of Application

### RELIGIOUS SERVICES
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

### SOCIAL SERVICES
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

### SID
- K/S
- PC
- STG
- Visitor Ban

### VISITS
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

### OSAPAS
- Living in Balance
- N/A and A/A
- Engaging the Family
- RPP

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: _____   Date: 01 / 3 / 5 / 15

State Number: _____   SBI#: _____

Housing Unit: _____   Work Detail Hours: _____

REQUEST: _____

_____

_____

_____

_____

### FOR OFFICIAL USE ONLY
(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IM COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER.
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response

A 1

NJSP-006601

STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

## INMATE GRIEVANCE
(QUEJAS DE LOS RECLUSOS)

Received 6/1/19

You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.
Did you file an informal complaint about this issue? Yes ☒  No ☐  If so, with whom? _Medical_  Date: _02/25/15_
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE) 1
INMATE'S NAME (NOMBRE): _Rafael Otero_  SBI NUMBER (NUMERO DE SBI): _555345C_  DATE (FECHA): _04/06/15_

INSTITUTION: _NJSP_  HOUSING UNIT: _6B_  _housing_
(INSTITUCION)  (UNIDAD DE VIVIENDA)

**** PLEASE RETAIN PINK COPY FOR YOUR RECORDS

TYPE OF GRIEVANCE (Only check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | |
|---|---|---|---|
| ADA ☐ | Custody ☐ | Mailroom ☐ | SID ☐ |
| Administrative Offices ☐ | Education ☐ | Medical/Dental/Mental Health ☒ | Social Services ☐ |
| Business Office ☐ | Food Service ☐ | Parole ☐ | Visits ☐ |
| Classification ☐ | Law Library ☐ | RCRP/Comm Programs ☐ | |

State Your Grievance (Who, What, Where & When): Medical has yet to respond to my 02/25/15 inquiry (see attachment) which states as follows: Due to my medical condition, according to policy, I am to be housed flats and bottom bunk only; however, my condition does not prevent me from having an institutional job. I am requesting to know why was my housing status (flats lower bunk) changed? I incorporate the attached concern in this grievance and would appreciate a response. I hope there wont be any kind of retaliation against me for adressing this concern.

PART (PARTE) 2 ("No action taken at this form-DOC Reduction from Cover Please with paragraph") ☐
(No se tomo ninguna medida en este formulario Se provoco el formulario de DOC Redduccion from con exito) cerato con __ indicado) __

CASE NUMBER _15 271 04__
(NUMERO DEL CASO)  YEAR (AÑO)  MONTH (MES)  CASE NUMBER (NUMERO DE CASO)

RECEIVED BY (RECIBIDO POR): _MS_  DATE FORWARDED TO DEPT (FECHA EN QUE SE ENVIO AL DEPARTAMENTO): _4/28/15_  DEPARTMENT (DEPARTMENTO): _medical_

PART (PARTE) 3 STAFF RESPONSE-AREA (AREA DE RESPUESTA DEL PERSONAL)

_[illegible handwritten response]_

STAFF SIGNATURE (FIRMA DEL PERSONAL)  DATE (FECHA)  SIGNATURE OF ADMINISTRATIVE DESIGNEE _6/5/15_
(Firma de La Persona Administrativa Comisionada o del Delegado Fdo.)  DATE (FECHA)

PART (PARTE) 4 INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACION DE APELACION ADMINISTRATIVA DEL CONFINADO)

This is unacceptable. Ms. Ivery and Dr. Ahsuns determination is against policy. I have an episodic medical condition which permits the order. Having an institutional job shouldn't remove the status.

ADDITIONAL ATTACHMENTS: ☐
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma Del Confinado)  DATE (FECHA): _6/25/2015_

PART (PARTE) 5
DATE APPEAL RECEIVED (FECHA EN QUE SE RECIBIO LA APELACION)  DATE APPEAL RETURNED (FECHA EN QUE SE DEVOLVIO LA APELACION)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS: UPHELD (CONFIRMADA) ☐  MODIFIED (MODIFICADO) ☐  DENIED (NEGADA) ☐

Original Response Appropriate and consistent to Medical Policies & Procedures as recommended by designated staff.

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR) _T. MAINES_  DATE (FECHA) _7/6/15_

Distribution: (Original) (Original) Department of Corrections Request / Remedy File Copy (Copie de: Archivo de Peticion / Remedio del Departamento de Correcciones)
(Yellow) (Amarillo) Inmate's Copy (Original) and if required Appeal Answer (Copia del Confinado (Original) y si requiere la Contestacion de la Apelacion)
(Pink) (Rosado) Inmate's Copy (Copia del Confinado)

A2

# EXHIBIT B

Case 3:16-cv-02647-BRM-LHG   Document 1-2   Filed 05/11/16   Page 4 of 20 PageID: 20

## NJDOC INMATE INQUIRY FORM

### Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | |
|---|---|
| Housing Status | |
| Program Removal | |
| Reinstate Contact Visit | |
| **BUSINESS OFFICE** | |
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |
| **CLASSIFICATION** | |
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |
| **CUSTODY** | |
| Cell Moves | |
| General | |
| Housing Unit Issues | |
| **CUSTODY / MAILROOM** | |
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |
| **EDUCATION / LAW LIB** | |
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| Denied / Not Received Diet | |
| Food Allergies | |
| Food Issues / Prep | |
| Proper Special Diet | |
| **MEDICAL / MENTAL HEALTH / DENTAL** | |
| Class Sign-up / Completed Programs | ✓ |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |
| **PAROLE** | |
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |
| **RCRP COMM. PROGRAMS** | |
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |
| **RELIGIOUS SERVICES** | |
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |
| **SOCIAL SERVICES** | |
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

| SID | |
|---|---|
| K/S | |
| PC | |
| STG | |
| Visitor Ban | |

| VISITS | |
|---|---|
| Denied Visitors | |
| Ex-Offender Visits | |
| Issues at Visits | |

| OSAPAS | |
|---|---|
| Living In Balance | |
| N/A and A/A | |
| Engaging the Family | |
| RPP | |

Form IRSF-1

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Rafael J. Olmo        Date: May 31st 2015

State Number: 000479        SBI#: 5 5 3 2 4 5 C

Housing Unit: 6 Right        Work Detail Hours: Left corner

REQUEST: To Mrs. Lang: On 05/26/15 I was done medical attention by RN. She told me she wasn't done anything for me because at a disagreement that he and Dr. Angel had in the past. Now I I was on the outside she will check my insurance lishes and go to someone else but unfortunately I still have the mani indwent in here. Please I want the medical care I'm entitled to. Thank you

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

### THIS FORM CANNOT BE PROCESSED:

_____

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response

B 1

Form IRSF-100

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

NJSP-006618

**INMATE GRIEVANCE**
(QUEJAS DE LOS RECLUSOS)

You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.
Did you file an informal complaint about this issue? Yes ☑ No ☐ If so, with whom? _Medical no (s only_ Date: _15/3_
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.  See administration

**PART (PARTE 1)**
INMATE'S NAME (NOMBRE): _Rafael Olmo_  SBI NUMBER (NUMERO DE SBI) _555345C_ DATE (FECHA): _06/11/15_

INSTITUTION: _NJSP_  HOUSING UNIT: _6R_
(INSTITUCION)  (UNIDAD DE VIVENDA)

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS

Py 1 of 2

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | |
|---|---|---|---|---|
| ADA ☐ | Custody ☐ | Mailroom ☐ | SID ☐ |
| Administrative Offices ☐ | Education ☐ | Medical/Dental/Mental Health ☑ | Social Services ☐ |
| Business Office ☐ | Food Service ☐ | Parole ☐ | Visits ☐ |
| Classification ☐ | Law Library ☐ | RCRP/Comm Programs ☐ | |

State Your Grievance (Who, What, Where & When): _On 05/26/15. I was denied medical treatment_
_by Ms. Ivery. Ms. Ivery refused to examine me, provide me with medi-_
_cation and refer me to a specialist because of a disagreement that her,_
_Dr. Ahsan, and I had in the past which led to me filing an_
_inquiry. Since then I've dropped several sick call slips and remed-_
_forms to get treatment but I still haven't seen the neurologist_
_or the eye specialist and I'm still not getting all the (see attach_

PART (PARTE 2): No action taken on this form. DOC Redirection form issued with paragraph(s)#_____ marked.
[No se tomó ninguna medida en este formulario. Se proveó el formulario con el (los) párrafo(s)#_____ indicado(s).]

CASE NUMBER:
(NUMERO DEL CASO)

| YEAR (AÑO) | MONTH (MES) | CASE NUMBER (NÚMERO DEL CASO) |
|---|---|---|

RECEIVED BY: _MS_  DATE FORWARDED TO DEPT: _____  DEPARTMENT: _____
(RECIBIDO POR)  (FECHA EN QUE SE ENVIO AL DEPARTAMENTO):  (DEPARTMENT)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):

_____

_____

_____

_Martha Fa_  _8/1/15_  _A.J. Charles_  _9/3/15_
STAFF SIGNATURE (FIRMA DEL PERSONAL)  DATE (FECHA)  SIGNATURE OF ADMINISTRATIVE DESIGNEE  DATE (FECHA)
(Firma del La Persona Administrativa Correspondiente Delegado Por El)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINDA):

_____

_____

_____

ADDITIONAL ATTACHMENTS: _____
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma Del Confinado)  DATE (FECHA)

PART (PARTE 5)  DATE APPEAL RECEIVED: _____  DATE APPEAL RETURNED: _____
(FECHA EN QUE SE RECIBIO LA APELACION)  (FECHA EN QUE SE DEVOLVIO LA APELACION)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS: ☐UPHELD (CONFIRMADA) ☐MODIFIED (MODIFACADO) ☐DENIED (NEGADA)

_____

_____

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)  DATE (FECHA)

Distribution:  (Original) (Original) Department of Corrections Request / Remedy File Copy [Copia del Archivo de Petición / Remedio del Departamento de Correcciones]
(Distribucion)  (Yellow) [Amarillo] Inmate's Copy (Original / and if required Appeal answer) [Copia del Confinado (Originalmente y si se require la Contestacion de Apelación)]
(Pink) [Rosado] Inmate's Copy [Copia del Confinado]

B 2

# EXHIBIT C

Case 3:16-cv-02647-BRM-LHG   Document 1-2   Filed 05/11/16   Page 6 of 20 PageID: 22

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| OSAPAS | |
|---|---|
| Living In Balance | |
| N/A and A/A | |
| Engaging the Family | |
| RPP | |

| VISITS | |
|---|---|
| Denied Visitors | |
| Ex-Offender Visits | |
| Issues at Visits | |
| Visitor Ban | |

| SID | |
|---|---|
| K/S | |
| PC | |
| STG | |

**THIS SECTION TO BE COMPLETED BY INMATE** Pg 1 of 2

Date: 06/06/15

Inmate Name: Rafael J. Omo

State Number: 400174   SBI#: 553345C

Housing Unit: 2 Right   Work Detail Hours: PM 1 Left Corner

REQUEST TO: Maria Lang: On 06/04/15 I was denied medical care and disciplined by Mr. Carter and the medical department. On 06/02/15 I couldn't go to my PM work detail because I was physically unable. By the next morning my condition became worse so I notified the unit ofc. and had hard call medical so they could bring me my meds. But instead of medical seeing my meds thru I got Mr. Carter who came with nothing except a go on attitude an threats (see attached)

FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEAA SU
TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

| ADMINISTRATION | |
|---|---|
| Housing Status | |
| Program Removal | |
| Reinstate Contact Visit | |

| BUSINESS OFFICE | |
|---|---|
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

| CLASSIFICATION | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

| CUSTODY | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

| CUSTODY / MAILROOM | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

| EDUCATION / LAW LIB | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| Denied / Not Received Diet | |
| Food Allergies | |
| Food Issues / Prep | |
| Proper Special Diet | |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | ✓ |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| MD07 Form | |
| Referrals | |
| Dental | |

| PAROLE | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

| RCRP COMM. PROGRAMS | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

| RELIGIOUS SERVICES | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

| SOCIAL SERVICES | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Case 3:16-cv-02647-BRM-LHG   Document 1-2   Filed 05/11/16   Page 7 of 20 PageID: 23

**NJDOC INMATE INQUIRY FORM**

**Must Be Placed In The Inmate Remedy System Box**

# Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

Form IRSF-101

## OSAPAS
- Living in Balance
- N/A and AVA
- Engaging the Family
- RPP

## VISITS
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

## SID
- K/S
- PC
- STG
- Visitor Ban

### THIS SECTION TO BE COMPLETED BY INMATE   pg. 2 of 2

Inmate Name: Rafael J. Osm6   Date: 06/06/15

State Number: QQD474   SBI#: 555 345

Housing Unit: 6 12 12 L H   Work Detail Hours: PM 1 tell runner

REQUEST and additional stress because I was unable to sit up in
a wheelchair and go to medical to didn't receive my PM5 Meds.
It's like the more inquiry forms I submit the less treatment I
get. It isn't right.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

## ADMINISTRATION
- Housing Status
- Program Removal
- Reinstate Contact Visit

## BUSINESS OFFICE
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

## CLASSIFICATION
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm.Time
- SASRC
- Status
- Work Credit

## CUSTODY
- Cell Moves
- General
- Housing Unit Issues

## CUSTODY / MAILROOM
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

## EDUCATION / LAW LIB
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

## FOOD SERVICES
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

## MEDICAL / MENTAL HEALTH / DENTAL
- Class Sign-up / Completed Programs  ✓
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

## PAROLE
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

## RCRP COMM. PROGRAMS
- Denial of Program
- Eligibility Criteria
- Status of Application

## RELIGIOUS SERVICES
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

## SOCIAL SERVICES
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Case 3:16-cv-02647-BRM-JSA   Document 1   Filed 05/11/16   Page 8 of 20 PageID: 24

Form IRSF-100

NEW JERSEY DEPARTMENT OF CORRECTIONS
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

NJSP 068561

## INMATE GRIEVANCE
(QUEJAS DE LOS RECLUSOS)

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**
Did you file an informal complaint about this issue? Yes ☒ No ☐   If so, with whom? _Medical, see attachment_   Date: _06/06/15_
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE 1)
INMATE'S NAME (NOMBRE): _Rafael Olmo_   SBI NUMBER (NUMERO DE SBI): _555245C_   DATE (FECHA): _07/18/15_

INSTITUTION: _NJSP_   HOUSING UNIT: _6R_
(INSTITUCION)   (UNIDAD DE VIVENDA)

### ****PLEASE RETAIN PINK COPY FOR YOUR RECORDS

1 of 2

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADA | ☐ | Custody | ☐ | Mailroom | ☐ | SID | ☐ |
| Administrative Offices | ☐ | Education | ☐ | Medical/Dental/Mental Health | ☒ | Social Services | ☐ |
| Business Office | ☐ | Food Service | ☐ | Parole | ☐ | Visits | ☐ |
| Classification | ☐ | Law Library | ☐ | RCRP/Comm Programs | ☐ | | |

State Your Grievance (Who, What, Where and When): _On 06/06/15 I was denied medical care and treatment by Mr. Carver and the medical department. On 06/03/15 I couldn't go to my PM work detail because I was physically unable. By the next morning my condition became worse so I notified the unit ofc. and had him call medical so they could bring me my meds. But instead of medical sending my meds they sent Mr. Carver who came with nothing except an attitude threats and additional stress. Because I was unable to (see attachment)_

PART (PARTE 2)   No action taken on this form. DOC Redirection form issued with paragraph(s) # _____ marked.
(No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s) # _____ indicado(s))

CASE NUMBER
(NUMERO DEL CASO)

| YEAR | MONTH | CASE NUMBER |
|---|---|---|
| (AÑO) | (MES) | (NUMERO DE CASO) |

RECEIVED BY   DATE FORWARDED TO DEPT   DEPARTMENT
(RECIBIDO POR)   (FECHA EN QUE SE ENVIO AL DEPARTAMENTO)   (DEPARTAMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL)

STAFF SIGNATURE (FIRMA DEL PERSONAL)   DATE (FECHA)   SIGNATURE OF ADMINISTRATIVE DESIGNEE
(Firma de La Persona Administrativa Correspondiente Designada No ID)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINDA):

ADDITIONAL ATTACHMENTS: _____
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma Del Confinado)   DATE (FECHA)

PART (PARTE 5)   DATE APPEAL RECEIVED   DATE APPEAL RETURNED
(FECHA EN QUE SE RECIBIO LA APELACIÓN)   (FECHA EN QUE SE DEVUELVE LA APELACIÓN)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS   ☐ UPHELD (CONFIRMADA)   ☐ MODIFIED (MODIFICADO)   ☐ DENIED (NEGADA)

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)   DATE (FECHA)

Distribution:   (Original) Original Department of Corrections Request / Remedy File Copy (Copia del Archivo de Petición / Remedio del Departamento de Correcciones)
(Distribución):   (Yellow) (Amarillo) Inmate's Copy (Original / and if required Appeal answer) (Copia del Confinado) (Original) y si se incluye la Contestación de Apelación)
   (Pink) (Rosado) Inmate's Copy (Copia del Confinado)

< 2

Form IRSF-100

NJSP-00897

NEW JERSEY DEPARTMENT OF CORRECTIONS
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

### INMATE GRIEVANCE
(QUEJAS DE LOS RECLUSOS)

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**
Did you file an informal complaint about this issue? Yes ☑ No ☐  If so, with whom? _Medical, see attachment_ Date: _06/06/15_
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE 1)
INMATE'S NAME (NOMBRE): _Rafael Olmo_ SBI NUMBER (NUMERO DE SBI): _555345C_ DATE (FECHA): _07/18/15_

INSTITUTION: _NJSP_   HOUSING UNIT: _6R_
(INSTITUCION)      (UNIDAD DE VIVIENDA)

**\*\*\*\*PLEASE RETAIN PINK COPY FOR YOUR RECORDS**

2 of 2

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ADA** | ☐ | Custody | ☐ | Mailroom | ☐ | SID | ☐ |
| **Administrative Offices** | ☐ | Education | ☐ | Medical/Dental/Mental Health | ☑ | Social Services | ☐ |
| **Business Office** | ☐ | Food Service | ☐ | Parole | ☐ | Visits | ☐ |
| **Classification** | ☐ | Law Library | ☐ | RCRP/Comm Programs | ☐ | | |

State Your Grievance (Who, What, Where & When): _Sit up in a wheelchair and go to medical_
_I didn't receive my MS meds. Its like the more inquiry forms I_
_submit the less treatment I get. It aint right._

PART (PARTE 2)   No action taken on this form DOC Redirection form issued with paragraph(s) # ___ marked.
(No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s) # ___ indicado(s))
CASE NUMBER
(NUMERO DEL CASO)        YEAR        MONTH        CASE NUMBER
                          (AÑO)        (MES)        (NUMERO DE CASO)
RECEIVED BY        DATE FORWARDED TO DEPT.        DEPARTMENT
(RECIBIDO POR)      (FECHA EN QUE SE ENVIO AL DEPARTAMENTO)        (DEPARTAMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):

STAFF SIGNATURE (FIRMA DEL PERSONAL)        DATE (FECHA)        SIGNATURE OF ADMINISTRATIVE DESIGNEE        DATE (FECHA)
                                                                (Firma de La Persona Administrativa Correspondiente Designada Por El)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINADA):

ADDITIONAL ATTACHMENTS:
(DOCUMENTOS ADJUNTOS ADICIONALES):
        INMATE'S SIGNATURE (Firma Del Confinado)        DATE (FECHA)

PART (PARTE 5)        DATE APPEAL RECEIVED        DATE APPEAL RETURNED
                      (FECHA EN QUE SE RECIBIO LA APELACION)        (FECHA EN QUE SE DEVOLVIO LA APELACION)
APPEAL DECISION AND ADMINISTRATOR'S COMMENTS        ☐ UPHELD (CONFIRMADA)        ☐ MODIFIED (MODIFICADO)        ☐ DENIED (NEGADA)

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)        DATE (FECHA)

Distribution:   (Original) (Original) Department of Corrections Regional / Remedy File Copy (Copia del Archivo de Petición / Remedio del Departamento de Correcciones)
(Distribución):   (Yellow) (Amarillo) Inmate's Copy (Original / and if required Appeal answer) (Copia del Confinado  (Originally si se require la Contestación de Apelación))
                  (Pink) (Rosado) Inmate's Copy (Copia del Confinado)

# EXHIBIT D

Case 3:16-cv-02647-BRM-LHG   Document 1-2   Filed 05/11/16   Page 10 of 20 PageID: 26

## NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

Received 7/20 7/20

Form IRSF-

| | VISITS | | OSAPAS |
|---|---|---|---|
| SID | Denied Visitors | | Living in Balance |
| K/S | Ex-Offender Visits | | N/A and A/A |
| PC | Issues at Visits | | Engaging the Family |
| STG | | | RPP |
| Visitor Ban | | | |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Rafael Olmo

State Number: 900479   SBI#: 555345C   Date: 06/20/2015

Housing Unit: 6 Right   Work Detail Hours:

REQUEST: To Mary Loop I will you please give me the medical shop I've been asking Dr. 7 It is in my medical records like I said it would be because the last nurse told me it was prescribing it to me along with the tapering and I'm sure the Dr. Freely overslept mentioned it slip. I med. that medical fun and there freely shouldn't be any reasons why I'm having a hard time receiving a treatment that I see plan

---

**FOR OFFICIAL USE ONLY**

PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED**

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER.
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA SU
TRABAJADOR(A) SOCIAL UNIDAD)

---

### ADMINISTRATION
- Housing Status
- Program Removal
- Reinstate Contact Visit

### BUSINESS OFFICE
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

### CLASSIFICATION
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

### CUSTODY
- Cell Moves
- General
- Housing Unit Issues

### CUSTODY / MAILROOM
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

### EDUCATION / LAW LIB
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

### FOOD SERVICES
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- ✓ Medication
- M007 Form
- Referrals
- Dental

### PAROLE
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

### RCRP COMM. PROGRAMS
- Denial of Program
- Eligibility Criteria
- Status of Application

### RELIGIOUS SERVICES
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

### SOCIAL SERVICES
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response

D1

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

### BUSINESS OFFICE
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] Co-Pay Refunds
- [ ] State Pay
- [ ] Statements

### CLASSIFICATION
- [x] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

### CUSTODY
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

### CUSTODY / MAILROOM
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

### EDUCATION / LAW LIB
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

### FOOD SERVICES
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- [ ] Class Sign-up / Completed Programs
- [ ] Concerns
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [x] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

### PAROLE
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

### RCRP COMM. PROGRAMS
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

### RELIGIOUS SERVICES
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

### SOCIAL SERVICES
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

### VISITS
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits
- [ ] Visitor Ban

#### SID
- [ ] K/S
- [ ] PC
- [ ] STG

### OSAPAS
- [ ] Living in Balance
- [ ] N/A and AJA
- [ ] Engaging the Family
- [ ] RPP

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: ___Rafael Olmo___

State Number: ___800479___   SBI#: ___555345C___

Housing Unit: ___6 right___   Work Detail Hours: cell sanitation

REQUEST: has been prescribed to me by a specialist and has worked in the past. I have MS. I'm experiencing an episode/relapse. I'm losing more vision in my right eye, bad migraines, sweating, pains throughout my body. Please, I need the stroid IV.

---

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE   NO ESCRIBA EN ERA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

#### THIS FORM CANNOT BE PROCESSED

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on
Check the Daily Appointment Schedule for your name.

Staff Response: _____

---

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

NEW JERSEY DEPARTMENT OF CORRECTIONS
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

## INMATE GRIEVANCE
(QUEJAS DE LOS RECLUSOS)

Received 9/1

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**

Did you file an informal complaint about this issue? Yes ☐ No ☐ If so, with whom? _Medical / see attached_ Date _06/20/15_

Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE 1)

INMATE'S NAME (NOMBRE) _Rafael Olmo_   SBI NUMBER (NÚMERO DE SBI) _555345C_   DATE (FECHA) _07/20/15_

INSTITUTION (INSTITUCION) _NJSP_   HOUSING UNIT (UNIDAD DE VIVIENDA) _6R_

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS      _1 of 2_

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SÓLO UNA CASILLA)

| | | | | |
|---|---|---|---|---|
| ADA ☐ | Custody ☐ | Mailroom ☐ | SID ☐ | |
| Administrative Offices ☐ | Education ☐ | Medical/Dental/Mental Health ☑ | Social Services ☐ | |
| Business Office ☐ | Food Service ☐ | Parole ☐ | Visits ☐ | |
| Classification ☐ | Law Library ☐ | RCRP/Comm Programs ☐ | | |

State Your Grievance (Who, What, Where & When): _I dont know the names of those responsible so_
_Im just going to say the Medical department. Medical was aware of my_
_condition and notified that I was having chronic headaches, numbness,_
_bad pains and problems moving. All the signs showed that I was having_
_a flair up but they still delayed my treatment. And the longer they_
_waited the worse it got. I dont understand why I had to wait so_
_long to get a treatment that was already prescribed for me (see attached)_

PART (PARTE 2)   No action taken (online form (cancelled with participation) (_____)

CASE NUMBER (NÚMERO DEL CASO) _____   CASE NUMBER (NÚMERO DEL CASO) _____

RECEIVED BY (RECIBIDO POR) _____   DATE FORWARDED TO DEPT. (FECHA QUE SE ENVIO A DEPARTAMENTO) _____   DEPARTMENT (DEPARTAMENTO) _____

PART (PARTE 3) STAFF RESPONSE AREA / AREA DE RESPUESTA DEL PERSONAL

STAFF SIGNATURE (FIRMA DEL PERSONAL) _____   DATE (FECHA) _7/3/15_   SIGNATURE OF ADMINISTRATIVE DESIGNEE _____   DATE (FECHA) _7/3/15_

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINADO)

_There shouldn't have been a one month delay in_
_receiving a treatment that had already been prescribed to_
_me_

ADDITIONAL ATTACHMENTS (DOCUMENTOS ADJUNTOS ADICIONALES) _#3_

INMATE'S SIGNATURE (Firma Del Confinado) _____   DATE (FECHA) _09/16/15_

PART (PARTE 5)   DATE APPEAL RECEIVED (FECHA EN QUE SE RECIBIO LA APELACION) _____   DATE APPEAL REVIEWED (FECHA EN QUE SE REVISO LA APELACION) _____

APPEAL DECISION AND ADMINISTRATOR COMMENTS   ☐ UPHELD (CONFIRMADO)   ☐ MODIFIED (MODIFICADO)   ☐ DENIED (NEGADA)

_Original Response Appropriate_

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR) _Primaikes_   DATE (FECHA) _9/24/15_

Distribution: (Original) (Original) Department of Corrections File / (Yellow) (Amarillo) Inmate's Copy (Original, and if required Appeal answer) / (Pink) (Rosado) Inmate's Copy, Copia de Confinado

_D2_

NJSP-008703

INMATE GRIEVANCE
(DEPARTAMENTO DE CORRECCIÓN DE NUEVA JERSEY)

(QUEJA DE LOS RECLUSOS)

You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.
Did you file an informal complaint about this issue? Yes ☑ No ☐ If so, with whom? Medical, security dept  Date 06/10/15
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

**PART (PARTE I)**
INMATE'S NAME (NOMBRE): Rafael Olmo  SBI NUMBER (NÚMERO DE SBI): 555345C  DATE (FECHA): 07/10/15

INSTITUTION (INSTITUCIÓN): NJSP  HOUSING UNIT (UNIDAD DE VIVIENDA): 6R

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS****

TYPE OF GRIEVANCE (Only Check one box)
(TIPO DE SOLICITUD (SOLO UNA CASILLA))

| | | |
|---|---|---|
| ADA ☐ | Custody ☐ | Mailroom ☐ | SID ☐ |
| Administrative Offices ☐ | Education ☐ | Medical/Dental/Mental Health ☑ | Social Services ☐ |
| Business Office ☐ | Food Service ☐ | Parole ☐ | Visits ☐ |
| Classification ☐ | Law Library ☐ | RCRP/Comm Programs ☐ | |

State Your Grievance (Who, What, Where & When): All that craziness and suffering that I had to endure could've easily been prevented if I would've gotten my treatment when I was supposed to. My foot, leg, hand and eye may never be the same again.

**PART (PARTE 2)**
CASE NUMBER
(NÚMERO DEL CASO)

RECEIVED BY (RECIBIDO POR):  DATE FORWARDED TO DEPT (FECHA EN QUE SE ENVÍO AL DEPARTAMENTO):  DEPARTMENT (DEPARTAMENTO):

**PART (PARTE 3)** STAFF RESPONSE/AREA (ÁREA DE RESPUESTA DEL PERSONAL)

STAFF SIGNATURE (FIRMA DEL PERSONAL)  DATE (FECHA)  SIGNATURE OF ADMINISTRATIVE DESIGNEE  DATE (FECHA)

**PART (PARTE 4)** INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO)

ADDITIONAL ATTACHMENTS (DOCUMENTOS ADJUNTOS ADICIONALES)  #13  09/16/15

INMATE'S SIGNATURE (Firma del Confinado)  DATE (FECHA)

**PART (PARTE 5)**
APPEAL DECISION AND ADMINISTRATOR'S COMMENTS: ☐ UPHELD (CONFIRMADA) ☐ MODIFIED (MODIFICADA) ☐ DENIED (NEGADA)

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)  DATE (FECHA)

Distribution: (Original) Department of Correction Record / Remedy File Only (Copia del Archivo de Recurso Almacén del Departamento de Corrección)
(Yellow) Amarillo Inmate's Copy (Original until if required Appeal Answer) (Copia del Confinado Original si se requiere la Contestación de Apelación)
(Pink) (Rosa) Inmate's Copy (Copia del Confinado)

# EXHIBIT E

Case 3:16-cv-02647-BRM-LHG   Document 1-2   Filed 05/11/16   Page 14 of 20 PageID: 30

**NJDCC INMATE INQUIRY FORM**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

Must Be Placed In The Inmate Remedy System Box

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Rainel Olmo    Date: 7/10/15

State Number: 900179    SBI#: 555325C

Housing Unit: 612    Work Detail Hours: Cell sanitor

REQUEST: Why was my treatment delayed an additional 2 weeks after i seen the psychiatrist?

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

**OSAPAS**
- Living in Balance
- N/A and A/A
- Engaging the Family
- RPP

**VISITS**
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

**SID**
- K/S
- PC
- STG
- Visitor Ban

**ADMINISTRATION**
- Housing Status
- Program Removal
- Reinstate Contact Visit

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order
- ✓ Concerns
- Co-Pay Refunds
- Refunds
- State Pay
- Statements

**MEDICAL / MENTAL HEALTH / DENTAL**
- ✓ Class Sign-up / Completed Programs
- Medication
- M007 Form
- Referrals
- Dental

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

Form IRSF-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form (RSF 108) NEW JERSEY DEPARTMENT OF CORRECTIONS                     NJSP-008725
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

# INMATE GRIEVANCE
(QUEJAS DE LOS RECLUSOS)

*Revised 4/9*

You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.
Did you file an informal complaint about this issue? Yes ☒ No ☐ If so, with whom: *Medical, no response* Date: 07/10/15
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.  *See attachment*

PART (PARTE 1)
INMATE'S NAME (NOMBRE) *Rafael Olmo*   SBI NUMBER (NUMERO DE SBI) *555345C*   DATE (FECHA) 08/10/15

INSTITUTION *NJSP*   HOUSING UNIT (UNIDAD DE VIVENDA) *6R*
(INSTITUCION)

## ****PLEASE RETAIN PINK COPY FOR YOUR RECORDS

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADA | ☐ | Custody | ☐ | Mailroom | ☐ | SID | ☐ |
| Administrative Offices | ☐ | Education | ☐ | Medical/Dental/Mental Health | ☒ | Social Services | ☐ |
| Business Office | ☐ | Food Service | ☐ | Parole | ☐ | Visits | ☐ |
| Classification | ☐ | Law Library | ☐ | RCRP/Comm Programs | ☐ | | |

State Your Grievance (Who, What, Where & When): I believe Dr. Ahsan intentionally delayed my treat-
ment as a way of getting back at me for writing complaints about him and
his staff. On 06/12/15 I was sent to see a neurologist at St Francis. Once
I returned (that same day) I supposed to be put on an IV treatment asap.
However, I wasn't admitted into the infirmary until 07/01/15. And I didn't begin
treatment until the next day. When I asked Ahsan about the delay he asked
me "havent we met before?" then said, people who dont complain get better treatment."

PART (PARTE 2) [illegible]
CASE NUMBER
(NUMERO DE CASO)   YEAR / MONTH / CASE NUMBER

RECEIVED BY (RECIBIDO POR)   DATE FORWARDED TO DEPT.   DEPARTMENT (DEPARTMENT)

PART (PARTE 3) STAFF RESPONSE/AREA (AREA DE RESPUESTA DEL PERSONAL)

[illegible handwritten response]

STAFF SIGNATURE (FIRMA DEL PERSONAL)   DATE (FECHA) 9/3/15   SIGNATURE OF ADMINISTRATIVE DESIGNEE   DATE (FECHA) 9/3/15

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACION DE APELACION ADMINISTRATIVA DEL CONFINADO)

An unnecessary delay in treatment followed by retaliry comments suggesting the
delay was intentional is not justified by later treatment

ADDITIONAL ATTACHMENTS 1
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma De Confinado)   DATE (FECHA) 09/16/15

PART (PARTE 5)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS   ☐ UPHELD (CONFIRMADA)   ☐ MODIFIED (MODIFICADO)   ☐ DENIED (NEGADA)

Original Response Appropriate

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)   DATE (FECHA) 9/24/15

Distribution: (Original) Department of Corrections Request / Remedy File Copy (Copia del Archivo de la Petición / Remedio del Departamento de Correcciones
(Distribución: (Yellow) Administrator/Inmate's Copy (Original / and if received Appeal answer) (Copia del Confinado (Original) y se require la Contestación de Apelación))
(Pink) Second Inmate's Copy (Copia del Confinado)

E 2

# EXHIBIT F

Case 3:16-cv-02647-BRM-DEA Document NUMBER INQUIRY FORM16   Page 16 of 20 PageID: 32

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| VISITS | |
|---|---|
| Denied Visitors | |
| Ex-Offender Visits | |
| Issues at Visits | |
| Visitor Ban | |

| SID | |
|---|---|
| K/S | |
| PC | |
| STG | |
| Visitor Ban | |

| OSAPAS | |
|---|---|
| Living in Balance | |
| N/A and A/A | |
| Engaging the Family | |
| RPP | |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: Rafael Obad   Date: 07/10/15

State Number: 9NOV71   SBI#: 5553452

Housing Unit: OK   Work Detail Hours: Cell Sanitin

REQUEST: Dr. Ahsan is not a neurologist. He conceded that his own judgement was not sufficient to refer me to a specialist. Therefore he should treat my urgent inhoment decisions on which treatment I recieve.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU. TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

---

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

**BUSINESS OFFICE**
| |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

**CLASSIFICATION**
| |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

**CUSTODY**
| |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

**CUSTODY / MAILROOM**
| |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

**EDUCATION / LAW LIB**
| |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

**FOOD SERVICES**
| |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

**MEDICAL / MENTAL HEALTH / DENTAL**
| |
|---|
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

**PAROLE**
| |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

**RCRP COMM. PROGRAMS**
| |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

**RELIGIOUS SERVICES**
| |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

**SOCIAL SERVICES**
| |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

F-1

Form INSP-100

**INMATE GRIEVANCE**
(QUEJAS DE LOS RECLUSOS)

Received 9/9

You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.
Did you file an informal complaint about this issue? Yes ☑ No ☐ If so, with whom: Medical — no response Date: 07/10/15
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint — see attached

**PART (PARTE 1)**
INMATE'S NAME (NOMBRE): Rafael Omo   SBI NUMBER (NÚMERO DE SBI): 5553YSC   DATE (FECHA): 08/10/15
INSTITUTION (INSTITUCIÓN): NSP   HOUSING UNIT (UNIDAD DE VIVIENDA): 6R

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS**

TYPE OF GRIEVANCE (Only Check one box)

| | | | |
|---|---|---|---|
| ADA ☐ | Custody ☐ | Mailroom ☐ | SID ☐ |
| Administrative Offices ☐ | Education ☐ | Medical/Dental/Mental Health ☑ | Social Services ☐ |
| Business Office ☐ | Food Service ☐ | Parole ☐ | Visits ☐ |
| Classification ☐ | Law Library ☐ | RCRP/Comm Programs ☐ | |

State Your Grievance (Who, What, Where & When): Dr. Ahsan is not a neurologist. He conceded that his own judgement was not sufficient to address my medical condition when he referred me to a specialist. Therefore, he shouldn't be making independent decisions on which treatment I receive.

**PART (PARTE 2)**
CASE NUMBER:
RECEIVED BY:   DATE   FORWARDED TO:   DEPARTMENT:

**PART (PARTE 3) STAFF RESPONSE AREA (ÁREA DE RESPUESTA DEL PERSONAL)**

STAFF SIGNATURE (FIRMA DEL PERSONAL)   DATE (FECHA)   SIGNATURE OF ADMINISTRATIVE DESIGNEE   DATE (FECHA)   9/3/15

**PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO)**

Had the recommendation been followed I would've begun treatment that same day or the following. Ahsan shouldn't have the final say on these type issues.

ADDITIONAL ATTACHMENTS: 1
INMATE'S SIGNATURE   DATE (FECHA): 09/16/15

**PART (PARTE)**
APPEAL DECISION AND ADMINISTRATOR'S COMMENTS: ☐ UPHELD (CONFIRMADA) ☐ MODIFIED (MODIFICADO) ☐ DENIED (NEGADA)

Original Response Appropriate to inmates original statement.

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)   DATE (FECHA): 9/21/15

Distribution: (Original) Department of Corrections Record / File Copy (Canary) Inmate's Copy (Original) (Pink) Inmate's Copy

F 2

Form IRSF-100

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

NJSP-006602

**INMATE GRIEVANCE**
(QUEJAS DE LOS RECLUSOS)

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**
Did you file an informal complaint about this issue? Yes ☑ No ☐   If so, with whom? _Medical, no response_   Date: _05/31/2015_
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

**PART (PARTE 1)**
INMATE'S NAME (NOMBRE): _Rafael Olmo_   SBI NUMBER (NUMERO DE SBI): _555345C_   DATE (FECHA): _06/16/2015_

INSTITUTION: _NJSP_   HOUSING UNIT: _6R_
(INSTITUCION)   (UNIDAD DE VIVENDA)

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS**

TYPE OF GRIEVANCE (Only Check one box)                                    pg. 2 of 2
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADA | ☐ | Custody | ☐ | Mailroom | ☐ | SID | ☐ |
| Administrative Offices | ☐ | Education | ☐ | Medical/Dental/Mental Health | ☑ | Social Services | ☐ |
| Business Office | ☐ | Food Service | ☐ | Parole | ☐ | Visits | ☐ |
| Classification | ☐ | Law Library | ☐ | RCRP/Comm Programs | ☐ | | |

State Your Grievance (Who, What, Where & When): _treatments that I should be receiving. The vision in my right eye is getting worse. I've been having chronic head aches and bad pains throughout my body and they are becoming more frequent to the point I can't work anymore or read or write the way I'm used to._

**PART (PARTE 2):**   No action taken on this form. DOC Redirection form issued with paragraph(s)#_____ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s)#_____ indicado(s).]

CASE NUMBER:
(NUMERO DEL CASO)   YEAR   MONTH   CASE NUMBER
(AÑO)   (MES)   (NÚMERO DE CASO)

RECEIVED BY:   DATE FORWARDED TO DEPT:   DEPARTMENT:
(RECIBIDO POR)   (FECHA EN QUE SE ENVIO AL DEPARTAMENTO)   (DEPARTMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):

STAFF SIGNATURE (FIRMA DEL PERSONAL)   DATE (FECHA)   SIGNATURE OF ADMINISTRATIVE DESIGNEE   DATE (FECHA)
(Firma del La Persona Administrativa Correspondiente Designado Por El)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACION DE APELACION ADMINISTRATIVA DEL CONFINADA):

ADDITIONAL ATTACHMENTS:
(DOCUMENTOS ADJUNTOS ADICIONALES)   INMATE'S SIGNATURE (Firma Del Confinado)   DATE (FECHA)

PART (PARTE 5)   DATE APPEAL RECEIVED:   DATE APPEAL RETURNED:
(FECHA EN QUE SE RECIBIO LA APELACION)   (FECHA EN QUE SE DEVOLVIO LA APELACION)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS:   ☐UPHELD (CONFIRMADA)   ☐MODIFIED (MODIFACADO)   ☐DENIED (NEGADA)

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)   DATE (FECHA)

Distribution:   (Original) [Original] Department of Corrections Request / Remedy File Copy [Copia del Archivo de Petición / Remedio del Departamento de Correcciones]
[Distribución]   (Yellow) [Amarillo] Inmate's Copy (Original / and if required Appeal answer) [Copia del Confinado (Original si se require la Contestacion de Apelación)]
(Pink) [Rosado] Inmate's Copy (Copia del Confinado)

# EXHIBIT G

| Ref# 124059 | Housing:NJSP-WEST-6 RIGHT-FLATS-CELL 19 | Date Created:05/04/2016 |
|---|---|---|
| ID#: 000555345C Form:Inquiry | Name:OLMO,RAFAEL Subject:Medical / Dental / Medical Health | Description:Medication |
| Urgent:No | Time left:n/a | Status:Closed |

**Original Form**
5/4/2016 6:31:57 PM : (000555345c) Wrote
When am I going to get my kop 600mg neurotins?Ive put medical slips in and been asking for weeks.

**Communications**
5/18/2016 10:43:22 AM : (Diane Baca) Wrote
I spoke with your unit nurse yesterday and asked that she bring it out to you.  I verified this morning that you did receive it.  We apologize for the delay.

# EXHIBIT H

Page: 1

| Ref# 138171 | Housing:NJSP-WEST-6 RIGHT-FLATS-CELL 19 | Date Created:05/26/2016 |
|---|---|---|
| ID#: 000555345C | Name:OLMO,RAFAEL | |
| Form:Grievance | Subject:Medical / Dental / Medical Health | Description:Medication |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
*5/26/2016 5:35:21 PM : (000555345c) Wrote*
I submitted an inquiry with the medical department concerning this problem on 05/04/16.I receievd a response weeks later confirming that I was not receiving my meds apologizing for the delay and telling me that a nurse would soon deliver them to me.I did receive meds I believe later that day but it was only a 6 pill supply(court meds) lasting about 3 days so I ended up going another few days or so without meds.So all together I must of went almost 2 months without receiving my KOP meds.And the entire time I was without meds,in pain,complaining, no one could tell me why.Which is a problem.Saying that either your system needs to be corrected or someone else needs to do the job.I pray I dont have to go through this again.I would like to know who was responsible.

## Communications
*6/22/2016 9:02:27 AM : (Sharon Neary) Wrote*
Our records indicate you received your KOP medication on 5/24/2016. A reorder has been placed in order to assure no lapse in your medication.

*6/25/2016 5:09:34 PM : (000555345c) Wrote*
Just because I finally received my medication shouldnt excuse the fact that I went about 1-2 months without medication.Regardless of who was at fault,medical,administration,a policy,something needs to be corrected so it doesnt happen again.

*7/8/2016 8:22:14 AM : (Diane Baca) Wrote*
The incident was brought to the nursing supervisors to review and take action.

# EXHIBIT I

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

FOWARD TO:   TORT AND CONTRACT UNIT
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGMT.
PO BOX 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

FORM **MUST** BE FILED WITHIN **90** DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. CLAIMANT:

| Olmo | Rafael | J. | | 07/15/1983 |
|---|---|---|---|---|
| LAST NAME | FIRST | MIDDLE | | DATE OF BIRTH |

| Cass & Federal Sts. | | P.O. Box 861 |
|---|---|---|
| STREET ADDRESS | | MAILING ADDRESS IF OTHER THAN STREET ADDRESS |

| Trenton | N.J. | 08625 | ███████████ |
|---|---|---|---|
| CITY | STATE | ZIP CODE | SOCIAL SECURITY NUMBER |

2. IF NOTICES AND CORRESPONDENCE IN CONNECTION WITH THIS CLAIM ARE TO BE SENT TO A PERSON OTHER THAN CLAIMANT, COMPLETE ITEM #2.

| | |
|---|---|
| NAME | MAILING ADDRESS |

| | | |
|---|---|---|
| CITY | STATE | ZIP CODE |

RELATIONSHIP TO CLAIMANT:   ATTORNEY AT LAW ☐   OR _____
EXPLAIN RELATIONSHIP

THE OCCURRENCE OR ACCIDENT WHICH GAVE RISE TO THIS CLAIM:

3a.

| On or about April 2016 - May 2016 | |
|---|---|
| DATE | TIME |

b. DESCRIBE THE LOCATION OR PLACE OF THE ACCIDENT OR OCCURENCE.

| Trenton | New Jersey State Prison |
|---|---|
| MUNICIPALITY | EXACT LOCATION OF THE OCCURRENCE |

c.  DESCRIBE HOW THE ACCIDENT OR OCCURENCE HAPPENED: IF A DIAGRAM WILL ASSIST YOUR EXPLANATION, PLEASE USE THE REVERSE SIDE OF THIS FORM.

Medical failed to provide prescribed medication

d.  STATE THE NAME AND ADDRESS OF THE STATE AGENCY OR AGENCIES THAT YOU CLAIM CAUSED YOUR DAMAGE.

New Jersey Department of Corrections - Whittlesy Rd. P.O. Box
863 Trenton, N.J. 08625-0863 / University Medicine & Dentistry
of New Jersey - 50 Bergen St. Newark, N.J. 07103

STATE THE NAMES OF STATE EMPLOYEES WHOM YOU CLAIM WERE AT FAULT, INCLUDING ANY INFORMATION THAT WILL ASSIST IN INDENTIFYING AND LOCATING THEM.

Steven Johnson - Administrator at the New Jersey State Prison
(NJSP) Mary Lang - Head of Medical Department of NJSP, Nurse Neary Nurse
Supervisor at NJSP, Jane Doe, John Doe, any other health authority responsible
for providing medication.

e.  STATE THE NEGLIGENCE OR WRONGFUL ACTS OF THE STATE AGENCY AND STATE EMPLOYEES WHICH CAUSED YOUR DAMAGES.

Failure to provide prescribed medication, negligent supervision or training
resulting in failure to provide prescribed medication, inadequate policy or
custom resulting in failure to provide prescribed medication.

f.  STATE THE NAME AND ADDRESS OF ALL WITNESSES TO THE ACCIDENT OR OCCURRENCE.

g.  STATE THE NAMES OF ALL POLICE OFFICERS AND POLICE DEPARTMENTS WHO INVESTIGATED THIS ACCIDENT.

4a. CLAIM FOR DAMAGES (CHECK APPROPRIATE BLOCK):

[X] PERSONAL INJURY   [ ] PROPERTY DAMAGE

[ ] OTHER - EXPLAIN IN DETAIL

b.  IF YOU CLAIM PERSONAL INJURY:

(1)  DESCRIBE YOUR INJURIES RESULTING FROM THIS ACCIDENT OR OCCURRENCE.

Pain and suffering

(2)  DO YOU CLAIM PERMANENT DISABILITY RESULTING FROM THIS INJURY:

☐  YES      ☒  NO

IF YES, DESCRIBE THE INJURIES BELIEVED TO BE PERMANENT.

(3)  FOR EACH HOSPITAL, DOCTOR OR OTHER PRACTITIONER RENDERING TREATMENT, EXAMINATION OR DIAGNOSTIC SERVICES, STATE:

| NAME OF HOSPITAL, DOCTOR OR OTHER FACILITY | ADDRESS | DATES OF TREATMENT OR SERVICE | AMOUNT OF CHARGE TO DATE | AMT. PAID OR PAYABLE BY OTHER SOURCE SUCH AS INSURANCE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(4)  IF YOU CLAIM LOSS OF WAGE OR INCOME AS A RESULT OF THE INJURY STATE:

| NAME OF EMPLOYER | ADDRESS OF EMPLOYER |
|---|---|
| YOUR OCCUPATION | DATE YOU BECAME EMPLOYED |
| RATE OF PAY | DATE OF ABSENCE FROM WORK |
| TOTAL LOSS WAGES TO DATE | IF STILL OUT, EXPECTED DATE OF RETURN |

NOTE: IF YOUR CLAIMED LOSS OF INCOME ARISES FROM SELF-EMPLOYMENT OR OTHER THAN WAGE, ATTACH A CALCULATION SHOWING THE BASIS OF YOUR CALCULATION OF LOST INCOME.

5. THE AMOUNT OF THE CLAIM.    $50,000

6. HAVE YOU MADE A CLAIM AGAINST ANYONE ELSE FOR ANY OF THE LOSSES OR EXPENSES CLAIMED IN THIS NOTICE?

   No

   IF YES, SET FORTH THE NAME AND ADDRESS OF ALL PERSONS AND INSURANCE COMPANIES AGAINST WHOM YOU HAVE MADE SUCH CLAIMS:

   _____

   _____

7. ARE ANY OF THE LOSSES OR EXPENSES CLAIMED HEREIN COVERED BY ANY POLICY OF INSURANCE?

   I don't know

   FOR EACH SUCH POLICY, STATE THE NAME AND ADDRESS OF THE INSURANCE COMPANY, POLICY NUMBER AND BENEFITS PAID OR PAYABLE

   _____

   _____

8. HAVE YOU RECEIVED OR AGREED TO RECEIVE ANY MONEY FROM ANYONE FOR THE DAMAGES CLAIMED HEREIN?

   ☐ YES   ☒ NO

   IF YES, SET FORTH THE DETAIL OF SUCH AGREEMENT.

   _____

   _____

9. THE FOLLOWING ITEMS MUST BE SUBMITTED WITH THIS NOTICE:

   (1) COPIES OF ITEMIZED BILLS FOR EACH MEDICAL EXPENSE AND OTHER LOSSES AND EXPENSES CLAIMED.

   (2) FULL COPIES OF ALL APPRAISALS AND ESTIMATES OF PROPERTY DAMAGE CLAIMED BY YOU.

   (3) COPIES OF ALL WRITTEN REPORTS OF ALL EXPERT WITNESSES AND TREATING PHYSICIANS.

   (4) A LETTER FROM YOUR EMPLOYER VERIFYING YOUR LOST WAGES. IF SELF-EMPLOYED, A STATEMENT SHOWING THE CALCULATION OF YOUR CLAIMED LOST INCOME.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. THAT THE ATTACHED STATEMENTS, BILLS, REPORTS AND DOCUMENTS ARE THE ONLY ONES KNOWN TO ME TO BE IN EXISTENCE AT THIS TIME. I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

06/24/2016                          Rafael J. Olma
DATE                                CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT